# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ivan L. Mendez ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      3:12-cv-00597-RJC

International Criminal Organization ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/19/2012 Order.

                                              Signed: September 20, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court